PATTERSON LEGAL GROUP, L.C.
245 N. Waco Street, Suite 405
Wichita, KS 67202
(316) 550-0000

IN THE FIFTH JUDICIAL CIRCUIT COURT OF
BUCHANAN COUNTY MISSOURI

| | |
|---|---|
| JEFFREY LIMMEX,<br>525 First Street<br>Clyman, WI 53016<br>XXX-XX-4203<br><br>Plaintiff,<br><br>vs.<br><br>NICHOLAS HOHENSTREET,<br>10900 E. 343rd Street<br>Drexel, MO 64742;<br>(Service via Sheriff); and,<br><br>CONVOY SYSTEMS, LLC<br>c/o S & B CORPORATE SERVICE, INC.,<br>10540 Walmer Street<br>Overland Park, KS 66212;<br>(Service of Foreign Corporation<br>via U.S. Mail)<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case Number:<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PETITION FOR DAMAGES**

COMES NOW Plaintiff, Jeffrey Limmex, by and through his attorney, Gary Patterson of Patterson Legal Group, L.C., and for his claims against Defendants Nicholas Hohenstreet and Convoy Systems, LLC, alleges and states as follows:

I.    PARTIES

1. Plaintiff, Jeffrey Limmex, is and was at all material times herein a resident of Spring Green, Sauk County, Wisconsin.

2. Defendant Nicholas Hohenstreet is an individual and can be served with process at his residence, which is believed to be 10900 E. 343rd St., Drexel, Cass County, Missouri 64742.

3. Defendant Convoy Systems, LLC is foreign corporation doing business in the State of Missouri, and service of process may be made on its Resident Agent, S & B Corporate Service, Inc., 10540 Walmer Street, Overland Park, Kansas 66212.

II. JURISDICTION AND VENUE

4. Jurisdiction and venue are proper in this Court because the events that give rise to this cause of action occurred in this jurisdiction.

III. GENERAL ALLEGATIONS

5. On or about November 4, 2015, at approximately 1:39 p.m., a traffic collision occurred on US 59 Hwy at its intersection with Alabama Street in St. Joseph, Buchanan County, Missouri.

6. At the time and place described above Plaintiff Jeffrey Limmex was driving a fully loaded semi truck, hauling a load of straw. He was northbound on US 59 Hwy, traveling through the intersection of US 59 Hwy and Alabama Street.

7. Defendant Nicholas Hohenstreet was also driving a fully loaded semi truck, eastbound on Alabama Street. He was stopped at the stop sign, waiting to cross US 59 Hwy.

8. Defendant Nicholas Hohenstreet pulled out from the stop sign into the intersection, striking Plaintiff's vehicle on the driver's side of the semi's trailer.

9. The impact of the collision caused Plaintiff's semi to roll to the passenger side and his cargo of straw to be lost off the flat bed.

IV. CAUSE OF ACTION AGAINST DEFENDANTS

10. Plaintiff hereby incorporates by reference the allegations set forth in paragraphs 1 through 9 as though set forth in full herein.

11. At the time of this collision, Defendant Hohenstreet acted in a careless and negligent manner which caused the resulting injuries and damages to Plaintiff as hereafter set forth. Defendant Hohenstreet was negligent in various respects, including but not limited to:

    a. Failing to keep his vehicle under control so that it could be stopped within a reasonable distance;

    b. Failing to keep a proper lookout;

    c. Failing to yield the right of way at a stop sign;

    d. Failing to undertake evasive action to avoid the collision;

    e. Traveling at an unsafe speed;

    f. Driving inattentively;

    g. Failing to operate his vehicle in accordance with the general traffic regulations and the laws of the State of Missouri; and

    h. In other respects as may be revealed in the course of discovery.

12. Defendant Convoy Systems, LLC is also legally responsible for the negligence of Defendant Hohenstreet, based on the theory of *Respondeat Superior*, as said act of Defendant Hohenstreet occurred within the scope of his duties and employment with Convoy Systems, LLC.

13. Defendant Convoy Systems, LLC is further legally and vicariously responsible for the acts of Defendant Hohenstreet, as it provided the vehicle to Defendant Hohenstreet and allowed him to drive such with its permission as a representative of its business.

14. Defendant Convoy Systems, LLC may be independently liable for its hiring, training and entrustment practices, as may be revealed in the course of discovery.

15. As a direct and proximate result of the acts and negligence of Defendants as described herein, Plaintiff suffered personal injury, disability, pain and suffering, loss of income and medical expenses, all past and future, and property damage.

16. The combined economic and non-economic losses of Plaintiff resulting from the damage described above exceed $25,000.00.

WHEREFORE, Plaintiff prays for judgment against Defendants, joint and severally, for damages in a fair and reasonable amount in excess of Twenty-Five Thousand Dollars ($25,000.00), for costs and expenses incurred herein, and for such further relief as the Court may deem just and proper.

Respectfully submitted,

PATTERSON LEGAL GROUP, L.C.

By */s/ Gary E. Patterson*

Gary E. Patterson, #69858
gary@pattersonlegalgroup.com
245 N. Waco Street, Suite 405
Wichita, KS  67202
Telephone: (316) 550-0000
Facsimile:  (316) 687-2572
*Attorneys for Plaintiff*

**DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a trial by jury on all asserted allegations, claims and causes of action.

By */s/ Gary E. Patterson*
Gary E. Patterson, #69858
gary@pattersonlegalgroup.com
245 N. Waco Street, Suite 405
Wichita, KS 67202
Telephone: (316) 550-0000
Facsimile: (316) 687-2572
*Attorneys for Plaintiff*



# IN THE 5TH JUDICIAL CIRCUIT, BUCHANAN COUNTY, MISSOURI

| Judge or Division:<br>KATE H SCHAEFER | Case Number: 20BU-CV04052 |
|---|---|
| Plaintiff/Petitioner:<br>JEFFREY LIMMEX<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>GARY EDWARD PATTERSON<br>245 N WACO STE 405<br>WICHITA, KS 67202 |
| Defendant/Respondent:<br>NICHOLAS HOHENSTREET ET AL | Court Address:<br>BUCHANAN CO COURTHOUSE<br>411 JULES ST<br>SAINT JOSEPH, MO 64501<br>**STATUS REVIEW HEARING DATE SET ON 1-29-21 @ 9:00AM DIVISON 1** |
| Nature of Suit:<br>CC Pers Injury-Vehicular | |

(Date File Stamp)

## Summons in Civil Case

**The State of Missouri to:** NICHOLAS HOHENSTREET
                        Alias:
**10900 E. 343RD STREET**
**DREXEL, MO 64742**

*COURT SEAL OF BUCHANAN COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

    *Tuesday, November 03, 2020*         */S/ THOMAS CASSITY*
           Date                                                Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to: _____ (name) _____ (title).
☐ other: _____.

Served at _____ (address)
in _____ (County/City of St. JOSEPH), MO, on _____ (date) at _____ (time).

_____      _____
Printed Name of Sheriff or Server      Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**
Subscribed and sworn to before me on _____ (date).

(Seal)

My commission expires: _____      _____
                          Date                Notary Public

**Sheriff's Fees, if applicable**
| | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary Supplemental Surcharge | $ 10.00 |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (06-18) SM30 (SMCC) *For Court Use Only*: Document Id # 20-SMCC-680    1 of 1    Civil Procedure Form No. 1; Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Case 5:20-cv-06171-DGK Document 1-1 Filed 11/24/20 Page 6 of 7



# IN THE 5TH JUDICIAL CIRCUIT COURT, BUCHANAN COUNTY, MISSOURI

| Judge or Division:<br>KATE H SCHAEFER | Case Number: 20BU-CV04052 |
|---|---|
| Plaintiff/Petitioner:<br>JEFFREY LIMMEX<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address:<br>GARY EDWARD PATTERSON<br>245 N WACO STE 405<br>WICHITA, KS 67202 |
| Defendant/Respondent:<br>NICHOLAS HOHENSTREET ET AL | Court Address:<br>BUCHANAN CO COURTHOUSE<br>411 JULES ST<br>SAINT JOSEPH, MO 64501 |
| Nature of Suit:<br>CC Pers Injury-Vehicular | STATUS REVIEW HEARING DATE SET FOR<br>1-29-21 @ 9:00AM DIVISION 1 |

(Date File Stamp)

## Summons for Service by Registered or Certified Mail

**The State of Missouri to:** CONVOY SYSTEMS, LLC
**Alias:**

**C/O S&B CORPORATE SERVICE, INC**
**10540 WALMER STREET**
**OVERLAND PARK, KS 66212**

*COURT SEAL OF*

*BUCHANAN COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the Plaintiff/Petitioner, or Plaintiff/Petitioner, if pro se, at the above address all within 30 days after the return registered or certified mail receipt signed by you has been filed in this cause. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in the petition.

_Tuesday, November 03, 2020_
Date Issued

_/S/ THOMAS CASSITY_
Clerk

Further Information:

### Certificate of Mailing

I certify that on _____ (date), I mailed a copy of this summons and a copy of the petition to Defendant/Respondent CONVOY SYSTEMS, LLC by registered or certified mail, requesting a return receipt by the addressee only, to the said Defendant/Respondent at the address furnished by Plaintiff/Petitioner.

_____
Date

_____
Clerk

Case 5:20-cv-06171-DGK  Document 1-1  Filed 11/24/20  Page 7 of 7

OSCA (7-99) SM90 (SMCM) *For Court Use Only*: **Document ID # 20-SMCM-37**       1 of 1         S.C. Form 4; Rule 54.12b, 506.150 RSMo